AMIR V. ADIBI (SBN 290571)
amir@adibiip.com
ANDREW C. PALMER (SBN 317897)
andrew@adibiip.com
ADIBI IP GROUP, PC
155 Montgomery Street, Suite 1010
San Francisco, California 94104
Tel: (415) 851-2566
Fax: (415) 873-2284

Attorneys for Defendants
BENJAMIN BROWN and SIGNYL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-02149-CRB<br><br>MODIFIED<br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING ORDER TO<br>SHOW CAUSE / PRELIMINARY<br>INJUNCTION SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 6(b), Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Capconvert, LLC ("Plaintiff") and Defendants Benjamin Brown and Signyl LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 17, 2026, the Court entered its Temporary Restraining Order and Order to Show Cause re Preliminary Injunction (Dkt. 21) (the "Order"). The Order requires Defendants to show cause by March 27, 2026 why a preliminary injunction should not issue,

permits Plaintiff to file a response by April 3, 2026, and sets a hearing on the Order to Show Cause for April 10, 2026 at 10:00 a.m.

WHEREAS, the Order also authorizes forensic imaging and expedited discovery.

WHEREAS, since entry of the Order, the parties have been meeting and conferring regarding implementation of the forensic process contemplated by the Order, including the timeline for responses to discovery requests, selection of a forensic analyst, procedures for forensic imaging and analysis, the scope of devices and accounts to be imaged, and the stipulated protective order.  Those issues have required additional time to resolve.

WHEREAS, the parties have now agreed on a forensic examiner and defendants have agreed to respond to discovery requests served by Plaintiff pursuant to paragraph 6 of the Order by March 27, 2026.

WHEREAS, the parties agree that a brief extension of the current Order to Show Cause / preliminary injunction schedule is now necessary to allow the forensic process and other discovery to be completed before briefing is filed, thereby providing a more complete record for the Court's consideration and reducing the likelihood/narrowing the possible scope of collateral disputes during the expedited schedule.

WHEREAS, the parties intend that the Temporary Restraining Order entered on March 17, 2026 (Dkt. 21) shall remain in full force and effect through the continued hearing date, and acknowledge that plaintiff agrees to this stipulation only with the understanding that the Temporary Restraining Order remain in effect through such date.

WHEREAS, there have been no previous time modifications in this case by stipulation or Court order.

NOW THEREFORE, the parties stipulate to the following continued schedule, further stipulate that the Temporary Restraining Order entered on March 17, 2026 (Dkt. 21) shall remain in full force and effect through the continued hearing date, and respectfully request that the Court enter an order effecting such stipulated continuance:

STIPULATION AND [PROPOSED] ORDER EXTENDING ORDER TO SHOW CAUSE / PI SCHEDULE

STIPULATED SCHEDULE

1.      Defendants' deadline to respond to the Order to Show Cause shall be extended from March 27, 2026 to April 9, 2026;

2.      Plaintiff's deadline to file its response shall be extended from April 3, 2026 to April 16, 2026;

3.      The hearing on the Order to Show Cause / preliminary injunction currently set for April 10, 2026 at 10:00 a.m. shall be continued to April 24, 2026 at 10:00 a.m., or such other date and time as the Court may set; and

4.      The Temporary Restraining Order entered March 17, 2026 (Dkt. 21) shall remain in full force and effect through the continued hearing date, unless otherwise ordered by the Court; and

5.      Nothing in this Stipulation constitutes a waiver of any right, claim, defense, or position of any party.


IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


ADIBI IP GROUP, P.C.


Dated: March 24, 2026                    /s/ Andrew C. Palmer
                                         AMIR ADIBI
                                         ANDREW PALMER,
                                         Attorneys for SIGNYL, LLC and
                                         BENJAMIN BROWN

                                         GRELLAS SHAH LLP


Dated: March 24, 2026                    /s/ Seth K. Kugler
                                         SETH K. KUGLER,
                                         Attorneys for CAPCONVERT, LLC


- 3 -
STIPULATION AND [PROPOSED] ORDER EXTENDING ORDER TO SHOW CAUSE / PI SCHEDULE

**ATTESTATION OF E-FILED SIGNATURE**

I, Andrew C. Palmer, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories to this document concurred in the filing of this document.

Dated: March 24, 2026                                     By:          /s/ Andrew C. Palmer
                                                                                  Andrew C. Palmer

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING ORDER TO SHOW CAUSE / PI SCHEDULE

PURSUANT TO STIPULATION, IT IS SO ORDERED. MODIFIED

Defendants' deadline to respond to the Order to Show Cause is continued to April 9, 2026.

Plaintiff's deadline to file its response is continued to April 16, 2026. The hearing on the Order

to Show Cause / preliminary injunction is continued to ~~April 24, 2026~~ May 22, 2026 at 10:00 a.m. by video conference at 10:00 a.m.; or such

other date and time as the Court may set. The Temporary Restraining Order entered on March

17, 2026 shall remain in full force and effect through the continued hearing date, unless

otherwise ordered by the Court.

    Dated: March 25 , 2026

                                      _____
                                      HON. CHARLES R. BREYER
                                      United States District Judge

- 5 -
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING ORDER TO SHOW CAUSE / PI SCHEDULE