GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
SETH K. KUGLER, ESQ. (SBN 304668)
(skugler@grellas.com)
550 California Street, Suite 1040
San Francisco, CA 94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff CAPCONVERT, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>        vs.<br><br>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,<br><br>        Defendants.<br><hr>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company,<br><br>        Counterclaimants,<br><br>        vs.<br><br>CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual,<br><br>        Counterdefendants. | Case No.: 3:26-cv-02149-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PARTS OF CAPCONVERT'S REPLY IN SUPPORT OF ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND THE DECLARATION OF SETH K. KUGLER IN SUPPORT OF THE REPLY**<br><br>Date:<br>Time:<br>Judge: Hon. Charles R. Breyer<br>Location: Courtroom 6, 17th Floor |

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

On _____, at _____, plaintiff Capconvert, LLC's ("Capconvert") administrative motion to file under seal portions of the deposition transcript of defendant Benjamin Brown, attached as Exhibit A to the Declaration of Seth K. Kugler in Support of Plaintiff Capconvert's Response in Support of Order to Show Cause re Preliminary Injunction, as well as portions of Capconvert's Reply Brief discussing the deposition testimony, came on for hearing.  Having reviewed the papers filed in support of and in opposition to the motion, all documents and pleadings on file with the Court in this matter, and the arguments of counsel, the Court hereby finds that (1) there are legitimate private or public interests that warrant sealing; (2) injury will result to Capconvert if sealing is denied; and (3) a less restrictive alternative to sealing is not sufficient.  *See* Civ. L.R. 79-5(c)(1).  Accordingly, the Court GRANTS the motion and ORDERS as follows:

The following portions of the deposition excerpt attached as Exhibit A to the Kugler Declaration in support of Capconvert's Reply Brief in support of the order to show cause shall be filed under seal:

| | |
|---|---|
| Page 62, lines 2-6 | Page 202, line 12 through Page 203, line 16 |
| Page 146, line 19 through Page 147, line 4 | Page 257, line 25 |
| Page 148, line 18 through Page 149, line 10 | Page 258, lines 1-6, 11-20 |
| Page 158, lines 2-7 | Page 261, lines 9-11 |
| Page 160, lines 10-15 and 20-24 | Page 262, lines 2-10, 23-25 |
| Page 161, lines 2-3, 6-9, 12-13 | Page 263, lines 1-5 |
| Page 162, lines 19-22, 25 | Page 264, lines 10-21 |
| Page 163, lines 1-7, 15-19 | Page 265, lines 5-8, 24-25 |
| Page 177, lines 1-6, 11-19 | Page 266, lines 1-18 |
| Page 178, line 25 through Page 179, line 22 | Page 267, lines 11-12, 24-25 |
| Page 180, lines 17-23 | Page 268, lines 1-25 |
| Page 181, lines 1-18 | Page 269, lines 1-12, 15, 24-25 |
| Page 183, lines 17-23 | Page 270, lines 3-23 |
| Page 184, lines 13-25 | Page 291, lines 9-11 |
| Page 198, line 21 through Page 199, line 12 | Page 292, lines 11-13 |

The following portions of Capconvert's Reply Brief in support of the order to show cause shall be filed under seal:

| Page 2, lines 2-3 | Page 8, lines 12-13, 16-22, 24-25 |
| Page 5, lines 10-11, 20-23 | Page 10, lines 11-14 |
| Page 7, lines 17-18 | Page 12, lines 10-13, 27-28 |

IT IS SO ORDERED.

Dated:   April 17, 2026

By:   _____
Hon. Charles R. Breyer
United States District Judge

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

[PROPOSED] ORDER GRANTING MOTION TO SEAL – CASE NO. 3:26-cv-02149-CRB