GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
SETH K. KUGLER, ESQ. (SBN 304668)
(skugler@grellas.com)
550 California Street, Suite 1040
San Francisco, CA  94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff CAPCONVERT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.:  3:26-cv-02149-CRB<br><br>[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED<br><br>Date:<br>Time:<br>Judge:  Hon. Charles R. Breyer<br>Location: Courtroom 6, 17th Floor |
| BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company,<br><br>　　　　　Counterclaimants,<br><br>　　　　　vs.<br><br>CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual,<br><br>　　　　　Counterdefendants. | |

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

The Administrative Motion To Consider Whether Another Party's Material Should Be Sealed is hereby GRANTED in part and DENIED in part as follows with respect to Capconvert, LLC's Reply in Support of Order to Show Cause re Preliminary Injunction and the Declaration of Seth K. Kugler in Support Thereof. The designated portions of the filings are sealed as follows:

| Document | Description | Ruling |
|---|---|---|
| Kugler Declaration, Ex. A | Benjamin Brown Deposition Transcript | |
| Capconvert Reply Brief | References to Benjamin Brown Deposition Transcript at 1:17-20, 23-24; 2:1-8, 15-16; 3:25-26; 5:1-3, 8-11, 17-23; 6:5-8, 11-12; 7:8-25; 8:1-3, 6-8, 11-28; 9:1-6, 8-26, 28; 10:8-9, 11-14; 12:10-14, 16-22, 27-28; 13:1; 14:4-6; 15:7-9, 12-14 | |

IT IS SO ORDERED.

Dated: April 17, 2026

By: _____
Hon. Charles R. Breyer
United States District Judge

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

1

[PROPOSED] ORDER RE ADMIN MOTION – CASE NO. 3:26-cv-02149-CRB