AMIR V. ADIBI (SBN 290571)
amir@adibiip.com
ANDREW C. PALMER (SBN 317897)
andrew@adibiip.com
ADIBI IP GROUP, PC
155 Montgomery Street, Suite 1010
San Francisco, California 94104
Tel: (415) 851-2566
Fax: (415) 873-2284

Attorneys for Defendants and Counterclaimants
BENJAMIN BROWN and SIGNYL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 3:26-cv-02149-CRB<br><br>**[PROPOSED] ORDER ~~GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE LIMITED SUR-REPLY~~** |
| BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company,<br><br>          Counterclaimants,<br><br>     v.<br><br>CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual,<br><br>          Counterdefendants. | Hearing Date:<br>Time:<br>Judge: Hon. Charles R. Breyer |

- 1 -

Defendants Benjamin Brown and Signyl LLC's Ex Parte Application for Leave to File Limited Sur-Reply came before the Court for consideration.  Good cause appearing, IT IS HEREBY ORDERED:

1.    The application is GRANTED.

2.    Defendants' lodged limited sur-reply, not to exceed five (5) pages, excluding the title page, is deemed filed as of the date of this Order.

3.    The Limited Sur-Reply shall be limited to:

   a.  Plaintiff's reply-stage contention that Defendants are "actively violating the TRO";

   b.  Plaintiff's reply-stage request to expand injunctive relief beyond the current TRO framework; and

   c.  Plaintiff's new use of the forensic / protocol / imaging / production history as substantive support for broader relief.

4.    No further briefing shall be filed absent further order of the Court.


**IT IS SO ORDERED.**


Dated: ___April 23_____, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER GRANTING DEFS' LEAVE TO FILE SUR-REPLY                3:26-cv-02149-CRB