GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
SETH K. KUGLER, ESQ. (SBN 304668)
(skugler@grellas.com)
550 California Street, Suite 1040
San Francisco, CA  94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff CAPCONVERT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  3:26-cv-02149-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PARTS OF CAPCONVERT'S APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS BENJAMIN BROWN AND SIGNYL LLC SHOULD NOT BE FOUND TO BE IN CONTEMPT OF TEMPORARY RESTRAINING ORDER AND DOCUMENTS IN SUPPORT THEREOF**<br><br>Date:<br>Time:<br>Judge:  Hon. Charles R. Breyer<br>Location: Courtroom 6, 17th Floor |
| BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company,<br><br>Counterclaimants,<br><br>vs.<br><br>CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual,<br><br>Counterdefendants. | |

Grellas Shah LLP
550 California St., Suite 1040
San Francisco, CA 94104

[PROPOSED] ORDER GRANTING MOTION TO SEAL – CASE NO. 3:26-cv-02149-CRB

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

On _____, at _____, plaintiff Capconvert, LLC's ("Capconvert") administrative motion to file under seal portions of the Memorandum of Points and Authorities in Support of Capconvert's Application for an Order to Show Cause why Defendants Benjamin Brown and Signyl LLC Should Not Be Found to Be in Contempt of the Temporary Restraining Order, the Declaration of Seth K. Kugler in Support Thereof, and the Declaration of Gautham Koorma in Support Thereof, came on for hearing.  Having reviewed the papers filed in support of and in opposition to the motion, all documents and pleadings on file with the Court in this matter, and the arguments of counsel, the Court hereby finds that (1) there are legitimate private or public interests that warrant sealing; (2) injury will result to Capconvert if sealing is denied; and (3) a less restrictive alternative to sealing is not sufficient.  *See* Civ. L.R. 79-5(c)(1).  Accordingly, the Court GRANTS the motion and ORDERS as follows:

The following portions of the deposition excerpt attached as Exhibit B to the Kugler Declaration in support of Capconvert's application for an order to show cause shall be filed under seal:

| |
|---|
| Page 203, lines 6-12 |
| Page 257, line 25 |
| Page 258, lines 1-6, 11-20 |
| Page 259, lines 2-18 |

The following portions of the Declaration of Gautham Koorma shall be filed under seal:

| |
|---|
| Page 5, lines 20-28 |
| Page 6, lines 15-19 |
| Page 7, lines 4-13, 18-23, 27-28 |
| Page 8, line 1 to Page 9, line 25 |
| Page 10, lines 1-13, 22-27 |
| Page 12, lines 10-16 |
| Page 14, lines 18-24 |
| Page 15, lines 21-23 |
| Page 16, lines 19-21, 25-26 |
| Exhibit B in its entirety |

The following portions of the memorandum of points and authorities shall be filed under seal:

| |
|---|
| Page 2, lines 17-18 |
| Page 3, lines 1-4, 7-9 |
| Page 9, lines 17-18, 20-28 |
| Page 10, lines 1-12, 14-15, 26-28 |
| Page 11, lines 18-27 |
| Page 13, lines 23-24 |

IT IS SO ORDERED.

Dated: May 22, 2026

By: _____

Hon. Charles R. Breyer
United States District Judge

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

2
[PROPOSED] ORDER GRANTING MOTION TO SEAL – CASE NO. 3:26-cv-02149-CRB