GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
SETH K. KUGLER, ESQ. (SBN 304668)
(skugler@grellas.com)
550 California Street, Suite 1040
San Francisco, CA  94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff CAPCONVERT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.:  3:26-cv-02149-CRB <br><br> **[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Date: <br> Time: <br> Judge:  Hon. Charles R. Breyer <br> Location: Courtroom 6, 17th Floor |
| BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, <br><br> Counterclaimants, <br><br> vs. <br><br> CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual, <br><br> Counterdefendants. | |

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

The Administrative Motion To Consider Whether Another Party's Material Should Be Sealed is hereby GRANTED in part and DENIED in part as follows with respect to Capconvert, LLC's Memorandum of Points and Authorities in Support of Application for an Order to Show Cause why Defendants Benjamin Brown and Signyl LLC Should Not Be Found to Be in Contempt, the Declaration of Seth K. Kugler in Support Thereof, and the Declaration of Gautham Koorma in Support Thereof.  The designated portions of the filings are sealed as follows:

| Document | Description | Ruling |
|---|---|---|
| Kugler Declaration, Ex. B | Benjamin Brown Deposition Transcript | |
| Koorma Declaration | References to materials from defendants' MacBook Air at 1:7-8; 5:15-7:13; 7:15-10:13; 10:15-11:1; 11:10-12:4; 12:9-13:6; 13:8-9; 13:12-14:24; 15:1-16:21; 16:24-17:1; Exhibit B in its entirety | |
| Capconvert Memorandum of Points and Authorities | References to Benjamin Brown Deposition Transcript or Koorma Declaration at 2:16-26; 3:1-17; 5:2; 8:27-9:6; 9:17-10:12; 10:14-28; 11:2-14; 11:18-12:3; 12:5-19; 13:2-24; 13:27-28; 14:9 | |

IT IS SO ORDERED.

Dated:  May 22, 2026

By: _____

Hon. Charles R. Breyer
United States District Judge

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104