AMIR V. ADIBI (SBN 290571)
amir@adibiip.com
ANDREW C. PALMER (SBN 317897)
andrew@adibiip.com
ADIBI IP GROUP, PC
155 Montgomery Street, Suite 1010
San Francisco, California 94104
Tel: (415) 851-2566
Fax: (415) 873-2284

Attorneys for Defendants and Counterclaimants
BENJAMIN BROWN and SIGNYL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,<br><br>        Defendants.<br><hr>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company,<br><br>        Counterclaimants,<br><br>   v.<br><br>CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual,<br><br>        Counterdefendants. | Case No. 3:26-cv-02149-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION / MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT** |

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER EXT. BRIEFING SCHEDULE RE: OSC RE CONTEMPT

Plaintiff Capconvert, LLC ("Plaintiff") and Defendants Benjamin Brown and Signyl LLC ("Defendants"), by and through their undersigned counsel of record, hereby stipulate, subject to Court approval, as follows:

WHEREAS, Plaintiff filed its Application / Motion for Order to Show Cause re Contempt on May 21, 2026;

WHEREAS, Defendants' current deadline to file their response / opposition is June 4, 2026, Plaintiff's current reply deadline is June 11, 2026, and the hearing is currently set for July 10, 2026;

WHEREAS, the parties seek a brief extension of the response and reply deadlines to allow Defendants additional time to review the materials submitted in support of Plaintiff's application, including the expert declaration and underlying forensic materials referenced therein, and to determine what further response, if any, is required; and

WHEREAS, the parties agree that a brief adjustment to the response schedule will permit a more orderly presentation of the issues without unnecessary motion practice regarding timing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1.      Defendants' deadline to file their opposition to Plaintiff's Application / Motion for Order to Show Cause re Contempt shall be extended from June 4, 2026 to June 18, 2026.

2.      Plaintiff's deadline to file its reply in support of the Application / Motion for Order to Show Cause re Contempt shall be extended from June 11, 2026 to June 25, 2026.

3.      Plaintiff's agreement to these revised deadlines shall be contingent on the hearing on Plaintiff's Application / Motion for Order to Show Cause re Contempt remaining set for July 10, 2026. Plaintiff does not stipulate to this extension if the extension would require the Court to move the July 10 hearing date.

STIPULATION AND [PROPOSED] ORDER EXT. BRIEFING SCHEDULE RE: OSC RE CONTEMPT

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


ADIBI IP GROUP, P.C.


Dated: May 29, 2026                    /s/ Andrew C. Palmer_____
                                       AMIR ADIBI
                                       ANDREW PALMER,
                                       Attorneys for SIGNYL, LLC and
                                       BENJAMIN BROWN

                                       GRELLAS SHAH LLP


Dated: May 29, 2026                    /s/ Seth K. Kugler_____
                                       SETH K. KUGLER,
                                       Attorneys for CAPCONVERT, LLC


### ATTESTATION OF E-FILED SIGNATURE

I, Andrew C. Palmer, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories to this document concurred in the filing of this document.

Dated: May 29, 2026            By:     /s/ Andrew C. Palmer_____
                                       Andrew C. Palmer

- 3 -
STIPULATION AND [PROPOSED] ORDER EXT. BRIEFING SCHEDULE RE: OSC RE CONTEMPT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1.    Defendants' deadline to file their opposition to Plaintiff's Application / Motion for Order to Show Cause re Contempt is extended from June 4, 2026 to June 18, 2026.

2.    Plaintiff's deadline to file its reply in support of the Application / Motion for Order to Show Cause re Contempt is extended from June 11, 2026 to June 25, 2026.

3.    The hearing on Plaintiff's Application / Motion for Order to Show Cause re Contempt shall remain set for July 10, 2026.

Dated: May  29  , 2026

_____
HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXT. BRIEFING SCHEDULE RE: OSC RE CONTEMPT