AMIR V. ADIBI (SBN 290571)
amir@adibiip.com
ANDREW C. PALMER (SBN 317897)
andrew@adibiip.com
ADIBI IP GROUP, PC
155 Montgomery Street, Suite 1010
San Francisco, California 94104
Tel: (415) 851-2566
Fax: (415) 873-2284

Attorneys for Defendants and Counterclaimants
BENJAMIN BROWN and SIGNYL LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company, | Case No. 3:26-cv-02149-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' MATERIALS** |
| v. | |
| BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive, | |
| Defendants. | |
| BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, | Hearing Date:<br>Time:<br>Judge: Hon. Charles R. Breyer |
| Counterclaimants, | |
| v. | |
| CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual, | |
| Counterdefendants. | |

[PROPOSED] ORDER GRANTING MTN TO SEAL DEFENDANTS' MATERIALS        3:26-cv-02149-CRB

Before the Court is Defendants Benjamin Brown and Signyl LLC's Administrative Motion to Seal Defendants' Materials.  Having considered the motion, the Declaration of Benjamin Brown submitted in support of the motion, the proposed redactions, and the record, the Court finds that Defendants' request is narrowly tailored to sealable information and that compelling reasons or good cause support the requested sealing, as applicable.  *See* L.R. 79-5(c)(1).  The Court GRANTS the motion and ORDERS as follows:

The following portions of Defendants' Opposition to Plaintiff's Application for an Order to Show Cause shall remain under seal:

| Page 14, lines 4-5 |
| --- |

The following portions of the Declaration of Benjamin Brown in support of Defendants' Opposition to Plaintiff's Application for an Order to Show Cause shall remain under seal:

| |
| --- |
| Page 2, lines 2, 4, and 21 |
| Page 3, lines 27-28 |
| Page 4, lines 12, 16 |
| Page 7, lines 1, 11-12, 17, 21-23 |
| Page 8, lines 2, 18-19 |
| Page 11, lines 21-22 |
| Page 12, lines 20-21 |
| Page 13, lines 1, 12-15 |
| Page 14, lines 3-10 |
| Page 19, lines 15-18 |
| Page 20, lines 1-4 |
| Exhibit A: Pages A-2, A-3, A-6, A-7, A-9 to A-12, A-14, A-15 to A-23, A-25 to A-36, A-38, and A-39 |
| Exhibit C, pages 1-4 |
| Exhibit D, portions of pages 1-2 |
| Exhibit E, portions of pages 1-4, 15, 17-19, 21-24, 26-30 |

The following portions of the Declaration of Andrew C. Palmer in support of Defendants' Opposition to Plaintiff's Application for an Order to Show Cause shall remain under seal:

| |
| --- |
| Exhibit B, portions of pages 2-4, 6-8, 10, 12 |
| Exhibit D, portions of page 1 |

-1-
[PROPOSED] ORDER GRANTING MTN TO SEAL DEFENDANTS' MATERIALS          3:26-cv-02149-CRB

For avoidance of doubt, credentials, tokens, private keys, account identifiers, device identifiers, payment details, private URLs, and similar non-substantive security or private-identifying strings redacted from all filed versions are not submitted for the Court's consideration, and this Order does not require those exact strings to be filed.

**IT IS SO ORDERED.**

Dated: _____June 22_____, 2026

_____

HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER GRANTING MTN TO SEAL DEFENDANTS' MATERIALS                3:26-cv-02149-CRB