AMIR V. ADIBI (SBN 290571)
amir@adibiip.com
ANDREW C. PALMER (SBN 317897)
andrew@adibiip.com
ADIBI IP GROUP, PC
155 Montgomery Street, Suite 1010
San Francisco, California 94104
Tel: (415) 851-2566
Fax: (415) 873-2284

Attorneys for Defendants and Counterclaimants
BENJAMIN BROWN and SIGNYL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCONVERT, LLC, a California limited liability company,<br><br>       Plaintiff,<br><br>    v.<br><br>BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 3:26-cv-02149-CRB<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF CAPCONVERT, LLC'S MATERIALS SHOULD BE SEALED** |
| BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company,<br><br>       Counterclaimants,<br><br>    v.<br><br>CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual,<br><br>       Counterdefendants. | Hearing Date:<br>Time:<br>Judge: Hon. Charles R. Breyer |

The Administrative Motion To Consider Whether Another Party's Material Should Be Sealed is hereby GRANTED as follows with respect to Defendants' Opposition to Plaintiff's Application for an Order to Show Cause and the Declaration of Benjamin Brown in support of Defendants' Opposition to Plaintiff's Application for an Order to Show Cause.  The designated portions of the filings are sealed as follows:

Defendants' Opposition to Plaintiff's Application for an Order to Show Cause:

| |
|---|
| Page 3, line 9 |
| Page 5, line 14 |
| Page 8, line 3 |
| Page 11, line 28 |
| Page 12, lines 2, 21-22, 24-25 |
| Page 13, line 16 |

Declaration of Benjamin Brown in Support of Defendants' Opposition, including Exhibits A through E:

| |
|---|
| Page 1, lines 27-28 |
| Page 2, line 14 |
| Page 4, lines 20, 23-25 |
| Page 5, lines 13-15, 17, 22 |
| Page 6, lines 6-9, 19-22 |
| Page 7, line 5 |
| Page 8, lines 13, 15 |
| Page 9, lines 11, 13, 24 |
| Page 10, lines 3-10, 12-18 |
| Page 12, lines 12-13 |
| Page 14, lines 18-19 |
| Page 15, line 12 |
| Page 18, lines 13-15 |
| Exhibit A: A-12, A-18, A-19, A-20, A-25, A-26, A-27, A-28, A-29, A-30, A-32, A-33, A-34, A-35, A-36, A-38, A-39 |
| Exhibit B |
| Exhibit C, pages 1-4 |

**IT IS SO ORDERED.**

Dated: _____June 22_____, 2026

_____

HON. CHARLES R. BREYER
United States District Judge

-2-