GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
SETH K. KUGLER, ESQ. (SBN 304668)
(skugler@grellas.com)
550 California Street, Suite 1040
San Francisco, CA 94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff
CAPCONVERT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAPCONVERT, LLC, a California limited liability company,

Plaintiff,

vs.

BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company, and DOES 1-10, inclusive,

Defendants.

BENJAMIN BROWN, an individual, SIGNYL LLC, a New York limited liability company,

Counterclaimants,

vs.

CAPCONVERT, LLC, a California limited liability company, JACQUE LOEWY, an individual,

Counterdefendants.

Case No.: 3:26-cv-02149-CRB

**STIPULATION AND ORDER FOR DISMISSAL**

WHEREAS, Plaintiff and Counterdefendant Capconvert LLC ("Capconvert") and Defendants and Counterclaimants Benjamin Brown ("Brown") and Signyl LLC ("Signyl") (collectively, "Defendants") have entered into a Confidential Settlement Agreement (the



GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

"Settlement Agreement");

WHEREAS, pursuant to the Settlement Agreement, Capconvert, Brown, and Signyl have agreed to dismiss with prejudice all claims and counterclaims asserted in this action, including Defendants' counterclaims against Counterdefendant Jacque Loewy ("Loewy"); and

WHEREAS, consistent with the Settlement Agreement, the Court shall retain jurisdiction to enforce the Settlement Agreement and the Stipulated Permanent Injunction entered in connection therewith.

THEREFORE, for good and valuable consideration, the receipt of which is acknowledged, the parties hereto agree as follows:

1. Upon entry of this Stipulation and Order, all claims and counterclaims asserted in this action shall be dismissed with prejudice;
2. Except as otherwise provided in the Settlement Agreement, each party shall bear its own attorneys' fees and costs incurred in this action;
3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and the Stipulated Permanent Injunction; and
4. In any action to enforce the terms of the Settlement Agreement, the prevailing Party shall recover actual costs and attorneys' fees reasonably incurred as a result thereof, except to the extent a different standard for the recovery of costs or attorneys' fees is expressly set forth in the Settlement Agreement.

IT IS SO STIPULATED,

Dated: September 2, 2026 GRELLAS SHAH, LLP

By: /s/ Seth K. Kugler
Seth K. Kugler
Counsel for Plaintiff and
Counterdefendant CAPCONVERT LLC
and Counterdefendant JACQUE LOEWY

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

Dated: September 2, 2026

ADIBI IP GROUP, PC

By: */s/ Andrew Palmer*
Andrew Palmer
Counsel for Defendants and Counterclaimants
BENJAMIN BROWN
SIGNYL LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 3, 2026

By: ____________________
Hon. Charles R. Breyer
United States District Judge